IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN NATHAN PARISIAN, JR.,<br><br>Defendant. | CR 18-66-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Allen Nathan Parisian, Jr. (Parisian) has been accused of violating the conditions of his supervised release. Parisian admitted all of the alleged violations. Parisian's supervised release should be revoked. Parisian should be placed in custody for 6 months, with 54 months of supervised release to follow. Parisian should serve the first 180 days of supervised release in a residential re-entry center.

## II. Status

Parisian pleaded guilty to Conspiracy to Possess with Intent to Distribute Methamphetamine on February 21, 2019. (Doc. 33). The Court sentenced Parisian to 54 months of custody, followed by 5 years of supervised release.

(Doc. 47). Parisian's current term of supervised release began on July 1, 2021. (Doc. 75 at 1).

**Petition**

The United States Probation Office filed a Second Amended Petition on November 22, 2022, requesting that the Court revoke Parisian's supervised release. (Doc. 75). The Second Amended Petition alleged that Parisian had violated the conditions of his supervised release: 1) by committing another crime on two separate occasions; 2) by consuming alcohol; 3) by failing to follow the instructions of his probation officer; 4) by using fentanyl; and 5) by failing to report for substance abuse testing.

**Initial appearance**

Parisian appeared before the undersigned for his initial appearance on the Second Amended Petition on November 22, 2022. Parisian was represented by counsel. Parisian stated that he had read the petition and that he understood the allegations. Parisian waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on November 22, 2022. Parisian admitted that he had violated the conditions of his supervised release: 1) by

2

committing another crime on two separate occasions; 2) by consuming alcohol; 3) by failing to follow the instructions of his probation officer; 4) by using fentanyl; and 5) by failing to report for substance abuse testing. The violations are serious and warrant revocation of Parisian's supervised release.

Parisian's violations are Grade C violations. Parisian's criminal history category is I. Parisian's underlying offense is a Class A felony. Parisian could be incarcerated for up to 60 months. Parisian could be ordered to remain on supervised release for up to 60 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Parisian's supervised release should be revoked. Parisian should be incarcerated for 6 months, with 54 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Parisian should serve the first 180 days of supervised release in a residential re-entry center.

### IV. Conclusion

The Court informed Parisian that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Parisian of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Parisian that Judge

Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Allen Nathan Parisian violated the conditions of his supervised release: by committing another crime on two separate occasions; by consuming alcohol; by failing to follow the instructions of his probation officer; by using fentanyl; and by failing to report for substance abuse testing.

The Court **RECOMMENDS:**

> That the District Court revoke Parisian's supervised release and commit Parisian to the custody of the United States Bureau of Prisons for 6 months, with 54 months of supervised release to follow. Parisian should serve the first 180 days of supervised release in a residential re-entry center.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district

court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 28th day of November, 2022.

/s/ John Johnston
John Johnston
United States Magistrate Judge