IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ALLEN NATHAN PARISIAN, JR.,<br><br>Defendant. | CR-18-66-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 28, 2022. (Doc. 81.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 22, 2022. (Doc. 76.) The United States accused Allen Parisian (Parisian) of violating his conditions of supervised release 1) by committing another crime; 2) by consuming alcohol; 3) by failing to follow the instructions of his probation officer; 4) by using fentanyl; and 5) by failing to report for substance abuse testing. (Doc. 75.)

At the revocation hearing, Parisian admitted to violating the conditions of his supervised release 1) by committing another crime; 2) by consuming alcohol; 3) by failing to follow the instructions of his probation officer; 4) by using fentanyl; and 5) by failing to report for substance abuse testing. (Doc. 76.) Judge Johnston found that the violations Parisian admitted proved to be serious and warranted revocation, and recommended revocation of Parisian's supervised release and recommended that Parisian receive a custodial sentence of 6 months, with 54 months of supervised release to follow, with the first 180 days of supervised release in a residential re-entry center. (Doc. 81.) Parisian was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 76.) The violations prove serious and warrant revocation of Parisian's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 81) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Allen Nathan Parisian be sentenced to the Bureau of

Prisons for 6 months, with 54 months of supervised release to follow, with the first 180 days in a residential re-entry center.

DATED this 14th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court